**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 0 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION |
| ) | NO. 1:06-CR-540 |
| ) | |
| SHERRHONDA WILLIAMS ) | |
| ) | |

ORDER

Upon motion of Defendant SHERRHONDA WILLIAMS, for good cause shown, Defendant's Motion to Extend Time for Filing Motions is HEREBY GRANTED. The pretrial motions shall be due on or before February 19, 2007. The period between the date of this Order and the continued date shall be excludable under the District's Speedy Trial Plan and the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).

SO ORDERED this ___ day of February, 2007.

_____
THE HONORABLE GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

Presented by:

Anna Blitz
Georgia State Bar No. 063410
Attorney for SHERRHONDA WILLIAMS
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
anna_blitz@fd.org